## H. (Hugo) MORRIS
### v.
### STATE.
### No. 28751.

Court of Criminal Appeals of Texas.

Jan. 30, 1957.

J. Earl Barnhouse, Alice, for appellant.

Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

Swindling is the offense; the punishment, two years in the penitentiary.

Accompanying this record is the affidavit of appellant requesting the dismissal of the appeal. The request is granted.

The appeal is dismissed.